Order filed July 8, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00167-CV 

                                                    __________

 

                                       DALE
MURPHY, Appellant

 

                                                             V.

 

                                         D.A.
MURPHY, Appellee



 

                                   On
Appeal from the 50th District Court

 

                                                             Knox
County, Texas

 

                                                       Trial
Court Cause No. 9289

 



 

                                     O R D E R   O N    M
O T I O N    TO   S T A Y

 

            Dale Murphy has
filed in this court a motion to stay the underlying litigation in this cause
until this court resolves his interlocutory appeal from the trial court’s
denial of his application to compel arbitration.  The motion is granted, and
the underlying proceedings in the trial court are stayed until further order of
this court.

 

                                                                                                PER
CURIAM

July 8, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.